■ BARBERA C. TODE, Individually and as Administratrix of the Estates of TIMOTHY CASEY and Another, Deceased, Appellant, v STATE OF NEW YORK, Respondent. — Judgment of the Court of Claims (Lengyel, J.), dated September 20, 1983, affirmed, without costs or disbursements. (*Weiss v Fote*, 7 NY2d 579, *rearg denied* 8 NY2d 934; *Russell v State of New York*, 75 AD2d 907, *affd* 53 NY2d 986.) Mollen, P. J., Titone, O'Connor and Rubin, JJ., concur.